UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC YEH, on behalf of himself and all others similarly situated,<br><br>      *Plaintiff*,<br><br>      v.<br><br>THE HERSHEY COMPANY and RAINFOREST ALLIANCE INC.,<br><br>      *Defendants*. | Case No. 24-CV-453<br><br>Hon. Franklin U. Valderrama |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Eric Yeh hereby voluntarily dismisses with prejudice this action, with each party to bear its own fees and costs.

Dated: September 13, 2024      Respectfully submitted,

                        /s/ Kim E. Richman

                         _____
                         Kim E. Richman (*pro hac vice*)
                         **RICHMAN LAW & POLICY**
                         1 Bridge Street, Suite 83
                         Irvington, NY 10533
                         (914) 693-2018
                         krichman@richmanlawpolicy.com

                         Christopher J. Esbrook (ARDC No. 6282829)
                         Marie Plecha (ARDC No. 6339526)
                         América Guzmán (ARDC No. 6335974)
                         **ESBROOK P.C.**
                         321 N. Clark Street, Suite 1930
                         Chicago, IL 60654
                         (312) 319-7681
                         christopher.esbrook@esbrook.com
                         marie.plecha@esbrook.com
                         america.guzman@esbrook.com

                         *Attorneys for Plaintiff*