# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eric Yeh

                Plaintiff,

v.                                          Case No.: 1:24–cv–00453
                                          Honorable Franklin U. Valderrama

The Hershey Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Dismissal [44] and under to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice, with each party to bear its own fees and costs. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.